**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

APR 4 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION (FANNIE MAE),<br><br>    Defendant - Appellee,<br><br>and<br><br>NEWREZ, LLC, doing business as<br>Shellpoint Mortgage Servicing,<br><br>    Defendant. | No. 24-488<br><br>D.C. No.<br>2:22-cv-01942-GMN-MDC<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, District Judge, Presiding

Submitted March 31, 2025**
Phoenix, Arizona

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: HAWKINS, FISHER, and R. NELSON, Circuit Judges.[***]

SFR Investments Pool 1, LLC (SFR) appeals an adverse partial judgment dismissing some but not all of its claims. Because we lack appellate jurisdiction under 28 U.S.C. § 1291, we dismiss the appeal.

After suffering an adverse partial judgment, SFR voluntarily dismissed its remaining claim without prejudice. *See Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Unless otherwise stated, [a voluntary] dismissal is ordinarily without prejudice . . . ."). "[W]hen a party that has suffered an adverse partial judgment subsequently dismisses any remaining claims without prejudice, and does so without the approval and meaningful participation of the district court, this court lacks jurisdiction under 28 U.S.C. § 1291." *Galaza v. Wolf*, 954 F.3d 1267, 1272 (9th Cir. 2020). The district court did not approve of or meaningfully participate in SFR's voluntary dismissal. It was "never asked to, and did not, enter a separate judgment." *Id.* at 1269–70. Thus, there was no "final judgment" to make "appealable an order that otherwise would have been non-final." *Id.* at 1271. We accordingly lack jurisdiction over this appeal.

**DISMISSED.**

---

[***] The Honorable D. Michael Fisher, United States Circuit Judge for the Court of Appeals, 3rd Circuit, sitting by designation.